# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**DEXTER LIVINGSTON PARRIS,**
Appellant,

v.

**PNC BANK, NATIONAL ASSOCIATION,**
Appellee.

No. 4D18-1766

[August 15, 2018]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Judge; L.T. Case No. 2009CA007425.

Dexter Livingston Parris, Plantation, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.* Fla. R. App. P. 9.315(a).

DAMOORGIAN, FORST and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***